DL_TERM.TXT

```
1.ID-0250031234 2.MKT-ALB 3.TYPE-XFC/FF/XCR                    CI
4.MR/MS-MR  5.FST-DAVID            6.LST-COHEN
7.SUFFIX-
8.PHONES-B/212 217 9527 9.H/
11.ADDRESS TYPE-H 10.DOB-11JUN1941
12.RM/APT-PO BOX299
13.STREET-19 EAST SHORE DR
14.CITY  -NIVERVILLE
15.STATE-NY  16.ZIP-12130      17.COUNTRY-UNITED STATES
18.TITLE-                              19.CORP ID-

0250031234  MR DAVID COHEN
                                XFC/FF/XCR
YTD MEDLN QUAL MI:      2216    MILLION MILE QUAL MLG:     42381
TTL MEDLN QUAL MI:     13703    YTD TOTAL SEGS:                2

SKYMILES PGM BAL:     ....2976        SKYMILES EXP DATE:  30JUN11
                                      TOTAL LIFETIME:    ..396176


0250031234  MR DAVID COHEN                       MILES/ BONUS/ TOTAL
0083.EX 1....29APR09ATL.../22JUN09..    /          1/     0/      1
          CONTRACT
0082.DL6652U 15JUN09MCILGA..........    /       1108/     0/   1108
     MEDALLION QUAL MILES       1108
0081.DL6577U 13JUN09LGAMCI..........    /       1108/     0/   1108
     MEDALLION QUAL MILES       1108
0080.DL1674R 17MAY09SLCJFK..........    /          0/     0/      0
         AWARD TRAVEL
0079.DL1194R 17MAY09ANCSLC..........    /          0/     0/      0

         AWARD TRAVEL
0078.REDEEM-0877624020/     19AUG08WW/O/     0/ -45000/ -45000
        TKT-0062349817381/19AUG08ET
     CHARGE-USD   31.74
0077.REDEEM-0877624019/     19AUG08WW/O/     0/ -45000/ -45000
        TKT-0062349817380/19AUG08ET
     CHARGE-USD   31.74
0074.AX D....19AUG08840.../19AUG08..    /      19000/     0/  19000
0073.OP Z....26MAR08001.../27MAR08..    /         10/     0/     10
0072.OP Z....25FEB08001.../26FEB08..    /        316/     0/    316

====
0071.BONUS -01FEB08       /01FEB08..    /       ..../   500/    500
     WWW 0101/02JAN
0070.DL9736N 25JAN08ATLJFK..........    /          0/     0/      0
         AWARD TRAVEL
0069.OP Z....24JAN08001.../25JAN08..    /        375/     0/    375
0068.DL 146N 24JAN08SCLATL..........    /          0/     0/      0
         AWARD TRAVEL
0067.DL 101Y 02JAN08ATLEZE..........    /       4999/  2499/   7498
     MEDALLION QUAL MILES       7499
0066.DL 147N 01JAN08JFKATL..........    /          0/     0/      0

         AWARD TRAVEL
0065.OP Z....25DEC07001.../26DEC07..    /       1390/     0/   1390
0064.OP Z....24NOV07001.../25NOV07..    /       1445/     0/   1445
0063.OP Z....24OCT07001.../25OCT07..    /       1324/     0/   1324
0062.OP Z....25SEP07001.../26SEP07..    /       3262/     0/   3262
0061.OP Z....24AUG07001.../25AUG07..    /        875/     0/    875
```

DL_TERM.TXT

```
0060.AX D....01AUG07840.../15AUG07        /   21699/      0/ 21699
     BONUS -01AUG07       /15AUG07..      /    ..../   5424/  5424
     PTNR PTS TNSFR
0058.AX D....01AUG07840.../15AUG07        /   32767/      0/ 32767

     BONUS -01AUG07       /15AUG07..      /    ..../   8191/  8191
     PTNR PTS TNSFR
0056.AX D....01AUG07840.../15AUG07        /   32767/      0/ 32767
     BONUS -01AUG07       /15AUG07..      /    ..../   8191/  8191
     PTNR PTS TNSFR
0054.AX D....01AUG07840.../15AUG07        /   32767/      0/ 32767
     BONUS -01AUG07       /15AUG07..      /    ..../   8191/  8191
     PTNR PTS TNSFR
0052.REDEEM-0873207728/      01AUG07WW/O/       0/ -75000/ -75000
           TKT-006233519877O/01AUG07ET

     CHARGE-USD  55.00
0051.REDEEM-0873207727/      01AUG07WW/O/       0/ -75000/ -75000
           TKT-0062335198768/01AUG07ET
     CHARGE-USD  55.00
0044.BONUS -24JUL07       /25JUL07..      /    ..../  10000/ 10000
     GOLD 1ST USE
0043.OP Z....24JUL07001.../25JUL07..      /     727/      0/   727
0042.OP Z....22JUL07001.../22JUL07..      /    5000/      0/  5000
0041.BONUS -22APR07       /22APR07..      /    ..../    500/   500
     WWW 6321/16APR

0040.DL5122Y 16APR07CVGLGA..........      /     585/    292/   877
     MEDALLION QUAL MILES        878
0039.DL6321Y 16APR07TYSCVG..........      /     500/    250/   750
     MEDALLION QUAL MILES        750
0038.DL 674R 10APR07ATLTYS..........      /       0/      0/     0
            AWARD TRAVEL
0037.DL 963R 10APR07LGAATL..........      /       0/      0/     0
            AWARD TRAVEL
0036.BONUS -23JAN07       /23JAN07..      /    ..../   1000/  1000
     ONLINE TICKET

0035.ADJ R -CONVERT FF MLG/18JAN07..      /    -913/    913/     0
0034.REDEEM-0879908145/D311/17NOV06WW/O/        0/ -45000/ -45000
           TKT-0062326500400/17NOV06ET
     CHARGE-0879908145/D311/17NOV06/WW CC-AX  USD   10.00
0032.AX D....18MAY06840.../18MAY06..      /   14466/      0/ 14466
0031.AX D....18MAY06840.../18MAY06..      /   32767/      0/ 32767
0030.AX D....18MAY06840.../18MAY06..      /   32767/      0/ 32767
0029.DL5277N 24APR06TYSLGA..........      /       0/      0/     0
            AWARD TRAVEL
0028.DL5397N 18APR06CVGTYS..........      /       0/      0/     0

            AWARD TRAVEL
0027.DL1022N 18APR06LGACVG..........      /       0/      0/     0
            AWARD TRAVEL
0026.REDEEM-0877229715/D111/14MAR06MG/T/  -4924/ -20076/ -25000
           TKT-0062176170906/14MAR06ET
     CHARGE-0877229715/D111/14MAR06/MG CC-AX  USD   20.00
0024.ADJ M -XFER4011873967/10MAR06..      /     837/       /   837
0023.ADJ S -XFER4011873967/10MAR06..      /    1076/       /  1076
0002.AX D....09MAR06840.../10MAR06--      /   19000/      0/ 19000
0001.BONUS -CHARTER BONUS /01NOV83ZZ      /    ..../   5000/  5000

0027.DL1022N 18APR06LGACVG..........      /       0/      0/     0
            AWARD TRAVEL
0026.REDEEM-0877229715/D111/14MAR06MG/T/  -4924/ -20076/ -25000
```

DL_TERM.TXT

```
         TKT-0062176170906/14MAR06ET
     CHARGE-0877229715/D111/14MAR06/MG CC-AX  USD   20.00
0024.ADJ M -XFER4011873967/10MAR06..     /     837/       /   837
0023.ADJ S -XFER4011873967/10MAR06..     /    1076/       /  1076
0002.AX D....09MAR06840.../10MAR06--     /   19000/     0/ 19000
0001.BONUS -CHARTER BONUS /01NOV83ZZ     /    ..../  5000/  5000

0027.DL1022N 18APR06LGACVG..........     /       0/     0/      0
          AWARD TRAVEL
0026.REDEEM-0877229715/D111/14MAR06MG/T/  -4924/ -20076/ -25000
         TKT-0062176170906/14MAR06ET
     CHARGE-0877229715/D111/14MAR06/MG CC-AX  USD   20.00
0024.ADJ M -XFER4011873967/10MAR06..     /     837/       /   837
0023.ADJ S -XFER4011873967/10MAR06..     /    1076/       /  1076
0002.AX D....09MAR06840.../10MAR06--     /   19000/     0/ 19000
0001.BONUS -CHARTER BONUS /01NOV83ZZ     /    ..../  5000/  5000

0027.DL1022N 18APR06LGACVG..........     /       0/     0/      0
          AWARD TRAVEL
0026.REDEEM-0877229715/D111/14MAR06MG/T/  -4924/ -20076/ -25000
         TKT-0062176170906/14MAR06ET
     CHARGE-0877229715/D111/14MAR06/MG CC-AX  USD   20.00
0024.ADJ M -XFER4011873967/10MAR06..     /     837/       /   837
0023.ADJ S -XFER4011873967/10MAR06..     /    1076/       /  1076
0002.AX D....09MAR06840.../10MAR06--     /   19000/     0/ 19000
0001.BONUS -CHARTER BONUS /01NOV83ZZ     /    ..../  5000/  5000

0027.DL1022N 18APR06LGACVG..........     /       0/     0/      0
          AWARD TRAVEL
0026.REDEEM-0877229715/D111/14MAR06MG/T/  -4924/ -20076/ -25000
         TKT-0062176170906/14MAR06ET
     CHARGE-0877229715/D111/14MAR06/MG CC-AX  USD   20.00
0024.ADJ M -XFER4011873967/10MAR06..     /     837/       /   837
0023.ADJ S -XFER4011873967/10MAR06..     /    1076/       /  1076
0002.AX D....09MAR06840.../10MAR06--     /   19000/     0/ 19000
0001.BONUS -CHARTER BONUS /01NOV83ZZ     /    ..../  5000/  5000
END
>
```